JACOBS A. JACOBS v. NATHAN E. NEWMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID SLOBODIEN v. HARRY GOLDMAN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID SLOBODIEN v. HARRY GOLDMAN and Another.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEODORE FRIEDEBERG v. VAN DYKE SMELTING & REFINING WORKS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPHINE LEVINE v. JAMES A. BEHA, as Superintendent of Insurance of the State of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title in Fee Simple Absolute, etc., to the Lands, Tenements, etc., Required for the Opening and Extending of Inwood Hill Park, in the Borough of Manhattan, City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of CHARLES STEWART BRAISTED, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE EASTERN CONSTRUCTION CO., INC., v. EASTERN ENGINEERING CORPORATION.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE EASTERN CONSTRUCTION CO., INC., v. EASTERN ENGINEERING CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM HENRY ROBERTS v. OLGA PETROVA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SWIFT & COMPANY v. OBCANSKA ZALOZNA V. KARLINE.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM WEINROTH v. ARTHUR UYTTERHAGER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

ANDREW ANDERSON v. HAY FOUNDRY AND IRON WORKS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

WILLIAM HUGHES v. UNDERWOOD TYPEWRITER COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANCIS M. FERRARI v. FIRST NATIONAL BANK OF CONNELLSVILLE, PA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JAMES A. HEARN & SON, INC., and Others v. LOUIS BERENSON.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.